UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE REYES, *on behalf of himself and all others similarly situated*,

          Plaintiff,

-against-

MSG BEACON, LLC
d/b/a THE BEACON THEATRE,

          Defendant.

---

Case No.: 18-cv-8000

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, MSG BEACON, LLC d/b/a THE BEACON THEATRE, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Lewis S. Wiener, Esq.
Eversheds Sutherland LLP
700 6th St NW
Washington, DC 20001
Telephone: (202) 383-0140
lewiswiener@eversheds-sutherland.com

Date: 02-12-19

SO ORDERED
_____
U.S.D.J.
February 14, 2019

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 02-12-19